# In the United States Court of Federal Claims

No. 06-913 L
(Filed: February 22, 2007)

***********************************
WINNEBAGO TRIBE OF NEBRASKA, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On February 20, 2007, the parties in the above-captioned case filed the Parties' Joint Motion for Temporary Stay of Litigation and [Proposed] Order. The parties request that proceedings in this case be stayed through June 29, 2007, to enable them to begin settlement discussions and to engage in some informal discovery to assist in those discussions.

Specifically, the parties explained that this case was a companion case to one filed by plaintiff in the United States District Court for the District of Columbia ("D.D.C."). That case, Winnebago Tribe of Nebraska v. Kempthorne, No. 05-2493, seeks declaratory and injunctive relief, and like this case, relates to the accounting and management of the trust held by defendant on plaintiff's behalf. In addition to representing plaintiff in this court and the D.D.C., plaintiff's counsel represents 15 other Tribes in trust accounting and management cases before both courts. Further, there are approximately 103 trust accounting and management case pending before this court, the D.D.C., and the federal district courts in Oklahoma. The parties wish to convene a meeting among the parties in all 103 cases to discuss "an efficient, cost-effective, and resource-conserving way" to manage the litigation, including the above-mentioned settlement discussions. Because of the logistics involved in setting up such a meeting, the parties believe that a stay of proceedings through June 29, 2007, is appropriate. The court agrees.

Accordingly, the parties' joint motion is **GRANTED**. The proceedings in this case are **STAYED** through **Friday, June 29, 2007**. The parties shall file a joint status report **no later than Friday, June 29, 2007**, which shall include: (1) the outcome of the parties' settlement discussions; (2) a proposal on how to proceed in this case, if necessary; and (3) if necessary, a proposed schedule of proceedings, including, at minimum, a proposed deadline for defendant's response to plaintiff's complaint. If the parties come to an impasse or otherwise require the

court's assistance before June 29, 2007, either party may file a status report to request a status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge