# In the United States Court of Federal Claims

No. 06-913 L
(Filed: March 8, 2007)

```
***********************************
WINNEBAGO TRIBE OF NEBRASKA,      *
                                  *
          Plaintiff,              *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant.              *
***********************************
```

**ORDER**

On February 22, 2007, the court granted the parties' joint motion for a temporary stay of litigation in the above-captioned case. The court temporarily lifts the stay for the sole purpose of directing the parties to file a joint status report, **no later than Tuesday, April 10, 2006**, which includes the following information:

1. Whether the parties anticipate that a document preservation order, such as the one issued by Judge Allegra on March19, 2004, in Pueblo of Laguna v. United States, 60 Fed. Cl. 133 (2004), will be necessary in this case.

2. Although it appears unlikely from the allegations in the complaint and the parties' joint statement in their February 20, 2007 status report, whether jurisdiction under 28 U.S.C. § 1500 will be at issue.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge