IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WINNEBAGO TRIBE OF NEBRASKA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-cv-00913L<br>Judge Margaret M. Sweeney |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's unopposed motion for enlargement of time for the parties to file a joint status report pursuant to the Court's order dated March 8, 2007. Upon consideration of the unopposed motion and for good cause shown, it is hereby ordered that

1. Defendant's unopposed motion should be and hereby is GRANTED;

2. The parties shall have to and including April 20, 2007, to file their joint status report pursuant to the March 8, 2007 order.

SO ORDERED.

DATE: ______________________________

______________________________
HON. MARGARET M. SWEENEY
United States Court of Federal Claims