# In the United States Court of Federal Claims

No. 06-913 L
(Filed: April 13, 2007)

| | |
|---|---|
| WINNEBAGO TRIBE OF NEBRASKA, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On April 10, 2007, defendant in the above-captioned case filed Defendant's Unopposed Motion for Enlargement of Time for Parties to File Joint Status Report Pursuant to Order Dated March 8, 2007, which seeks an additional ten days in which to file the joint status report. Defendant's motion is **GRANTED**.

Accordingly, the parties shall file the joint status report **no later than Friday, April 20, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge