IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WINNEBAGO TRIBE OF NEBRASKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00913L |
| | ) | Judge Margaret M. Sweeney |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR PARTIES TO FILE JOINT STATUS REPORT PURSUANT TO ORDER DATED MARCH 8, 2007, AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims (RCFC), Defendant United States of America respectfully moves this Court for an enlargement of time, to and including April 30, 2007 for the parties to file a joint status report pursuant to the Court's order dated March 8, 2007. This unopposed motion is Defendant's second such motion. The grounds for the motion are as follows:

1. On March 8, 2007, the Court issued an Order that, *inter alia*, requires the parties to submit a joint status report on April 10, 2007, about (a) whether a document preservation order similar to the one issued on March 19, 2004, in Pueblo of Laguna v. United States, 60 Fed. Cl. 133 (2004), is necessary in this case; and (b) whether the jurisdictional limitations contained in 28 U.S.C. § 1500 apply to this case.

2. Defendant needs additional time in order to complete its work on the proposed draft joint status report; complete the review process for the proposed draft report by the appropriate officials at the affected federal agencies; provide for adequate review of the proposed draft report by Plaintiff's counsel; address and incorporate comments based on those reviews; and finalize and

file the joint status report. Undersigned counsel for Defendant has been and continues to be working diligently on the proposed joint status report. Nevertheless, Defendant's counsel needs the enlargement of time because he has been preoccupied with obligations in other Tribal trust accounting and trust mismanagement cases. Also, the attorney for the Department of the Treasury, i.e., one of the affected federal agencies herein, was on sick leave this past week, thus compromising undersigned counsel's ability to coordinate and complete Treasury's review and comment process for the draft report. Upon completion of the review by Treasury, Defendant's counsel needs sufficient time to submit the draft report, in complete form, to Plaintiff's counsel; incorporate and address any comments thereon; coordinate final review of the document by the Departments of Justice, of the Interior, and Treasury; address any final issues; and finalize and file the document.

3. On April 20, 2007, Defendant's counsel contacted Plaintiff's counsel of record by telephone about Plaintiff's position on this motion. Plaintiff's counsel authorized Defendant's counsel to state that Plaintiff does not oppose the motion.

4. On the one hand, the granting of this motion will not unduly prejudice the rights and interests of the parties in this case . On the other hand, the denial of this motion will adversely affect the ability of Defendant to prepare an adequate draft of the joint status report; obtain the appropriate review of and comment on the document by Plaintiff's counsel and by the affected agencies before filing; and provide the Court with the benefit of the parties' views regarding (a) the need in this case for a document preservation order similar to the one issued in March, 2004, in Pueblo of Laguna, and (b) the applicability of the jurisdictional limitations of 28 U.S.C. § 1500 to the case.

WHEREFORE, Defendant respectfully requests that its unopposed motion for enlargement of time be GRANTED.

Respectfully submitted this 20th day of April, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Kevin J. Larsen*
KEVIN J. LARSEN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0258
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

GLADYS COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

RACHEL HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227