# EXHIBIT N

Financial Management Service

# memorandum

Date: April 2, 2002

To: Scott Johnson, Assistant Commissioner Management
Tony Torrice, Assistant Commissioner Regional Operations
Bettsy Lane, Assistant Commissioner Federal Finance
Nancy Fleetwood, Assistant Commissioner Information Resources
Judy Tillman, Assistant Commissioner Financial Operations
Larry Stout, Assistant Commissioner Governmentwide Accounting

From: Richard L. Gregg
Commissioner

Subject: Preservation/Retention and Identification of Documents Related to Tribal Trust Funds

Attached is a memorandum dated March 29 from General Counsel Aufhauser and a memorandum dated April 1 from Donald V. Hammond, Fiscal Assistant Secretary. Please take whatever action is necessary to preserve any potentially relevant documents pertaining to tribal trust funds. Based on a recent review conducted by Rita Bratcher and your individual offices a tribal trust fund records inventory listing was prepared. The document retention order that you have been following as a result of the Cobell litigation to a very great extent covers the same records as those pertaining to the tribal trust funds.

In addition to preserving tribal trust fund records, Don Hammond also asked us to conduct an initial review of these records by April 11. Please have your staff work with Rita Bratcher to ensure that the list of records that could be potentially relevant to tribal trust funds is accurate and comprehensive. Please send to me by April 11, a memo verifying that tribal trust fund records are being preserved and that the listing of documents prepared by Rita Bratcher with the assistance from each of your offices is accurate and comprehensive.

Also by April 11, I will request that Rita Bratcher forward to me a listing of the records that may be potentially relevant to tribal trust funds, including the location of such records.

Attachments

cc: Ken Papaj
Debra Diener
Rita Bratcher

# EXHIBIT O

Anne Meister
04/01/2004 06:47 PM

To: All - BPD (Business use only!)
cc: Tribal Mail@BPD
Subject: SPECIAL NOTICE TO ALL EMPLOYEES

**MEMORANDUM FOR** **All BPD EMPLOYEES**

FROM: ANNE MEISTER

SUBJECT: RETENTION OF DOCUMENTS AND DATA RELATING TO INDIAN TRIBES

DATE: April 1, 2004

On March 22, 2004, we received two court orders that require BPD employees to retain documents and data relating to claims brought by the Jicarilla Apache Nation and the Pueblo of Laguna tribe. To ensure compliance with these court orders, and orders we may receive in cases with other Indian tribes, BPD is instituting an additional document retention policy. This policy applies to documents and data relating to Indian tribes that we handle in our role as a trustee, and supplements our existing policy for documents in the *Cobell* case.

Until further notice, please retain **all documents and data**, including duplicates, e-mails, and voice mails, that relate to the following subjects:

- The receipt, investment, and disbursement of trust funds belonging to Indian tribes.
- Procedures for managing Indian tribal trust funds, including procedures relating to the payment of interest.
- Accounting for Indian tribal trust funds.
- Litigation concerning the government's trust responsibilities towards Indian tribes.
- Treasury's trust responsibilities towards Indian tribes.
- Management of Indian tribal assets, such as land, timber, oil, and mineral rights.
- Document retention policies and practices pertaining to the subjects above.

Where possible and consistent with your normal business practices, please segregate the material you are retaining from other documents and data. This will help us to identify information pertaining to the litigation, as well as documents that can be safely destroyed at the end of the normal retention cycle.

To assist you in this effort, we have set up dedicated mailboxes for e-mails and voice mails. To retain existing and future e-mails, you should forward them to this address: **Tribal Mail.** If the e-mails pertain to a particular tribe, please put the tribe's name in the subject heading. To retain voice messages, please use the following procedure:

(1) Press 1 at the end of the message.

(2) Press 2 to forward the message with comments.

(3) Add your comments to the recording by saying the information in the message's header (e.g., the time and date of the message and the duration of the message). The voice mail system provides this information before each recorded message. If the message relates to a particular tribe, please mention that as well. Then press #.

(4) Enter extension 2000, then press #.

(5) Press # twice. When the message has been forwarded, you may delete it from your personal voice mailbox.

You may find it helpful to put this procedure by your phone. You may also wish to inform your colleagues that, because of the additional complications in retaining voice mail, you prefer to receive messages on Indian tribal matters by e-mail.

Please interpret your obligations under this policy broadly. If you need clarification or assistance, please contact BPD's Chief Counsel, Brian Ferrell (x3715), or Paul Wolfteich (x3715) or Brian Self (x3670) of his staff. Thank you for your continued cooperation and assistance with this policy.

# EXHIBIT P

**FMS Insider**

You are here: **Home** > **News** > **Cobell Litigation** > **Cobell/Tribal Litigation-01 -- Cobell/Tribal Litigation Home Page**

## Cobell/Tribal Litigation Home Page

FMS is under continuing court orders to preserve certain documents indefinitely for purposes of the Cobell and tribal trust lawsuits. All employees must adhere to the instructions contained in the following documents, until further notice.

Cobell:

1. **Commissioner Richard L. Gregg's August 30, 1999 memorandum** directing all FMS employees to preserve indefinitely all documents and data relating to IIM trust monies. This memorandum includes the court's August 12, 1999 retention order and a list of the types of records FMS must preserve. *Note that the records FMS must retain for the Cobell litigation include not only IIM-related records but certain entire categories of records that FMS agreed to retain, regardless of whether they are IIM-related (for example, all Treasury checks).*
2. **The Deputy Chief Information Officer's July 2, 1999 guidelines** for utilizing the "Archive" Cobell mailbox.
3. **The Deputy Chief Information Officer's May 30, 2000 e-mail** which reiterates the policy for using the "Archive Cobell" mailbox. It also provides guidance for using the mailbox with Lotus Notes e-mail.
4. **Deputy Commissioner Kenneth R. Papaj's March 3, 2000 memorandum** (revised and reissued March 24, 2000) to Assistant Commissioners, entitled "Maintenance of Data on FMS Systems."
5. **Chief Counsel Debra N. Diener's March 7, 2000 memorandum** to Assistant Commissioners, outlining the requirements for seeking approval to dispose of documents not pertinent to pending litigation.
6. **Commissioner Gregg's February 14, 2006 memorandum** reminding All FMS Employees of records retention requirements, including the rule that no documents, data or tangible things can be destroyed without written approval from the Chief Counsel (with the exception of "obvious non-record materials"). Includes a copy of the "Quick Reference Guide" describing "obvious non-record materials".

Tribal:

1. **Commissioner Gregg's April 2, 2002 memorandum to Assistant Commissioners** directing that all tribal trust fund documents be preserved.
2. **Commissioner Gregg's March 26, 2004 memorandum to Assistant Commissioners and Chief Counsel**, requiring that email and voicemail messages related to two tribes (The Pueblo of Laguna and Jicarilla Apache Nation) be forwarded to dedicated "Tribal" mailboxes, and providing detailed instructions for using those mailboxes.

All questions should be directed to the Office of Chief Counsel at 874-6680.

**OCC Welcome Page**

# EXHIBIT Q

## Tribal Litigation

Please make sure that you are familiar with the following memoranda regarding document retention.

**Document Retention**

April 1, 2004. Meister E-Mail. Subject: SPECIAL NOTICE TO ALL EMPLOYEES

March 19, 2004. Jicarilla and Laguna Document Retention Orders.

Anne Meister
04/01/2004 06:47 PM

To: All - BPD (Business use only!)
cc: Tribal Mail@BPD
Subject: SPECIAL NOTICE TO ALL EMPLOYEES

**MEMORANDUM FOR** **All BPD EMPLOYEES**

FROM: ANNE MEISTER

SUBJECT: RETENTION OF DOCUMENTS AND DATA RELATING TO INDIAN TRIBES

DATE: April 1, 2004

On March 22, 2004, we received two court orders that require BPD employees to retain documents and data relating to claims brought by the Jicarilla Apache Nation and the Pueblo of Laguna tribe. To ensure compliance with these court orders, and orders we may receive in cases with other Indian tribes, BPD is instituting an additional document retention policy. This policy applies to documents and data relating to Indian tribes that we handle in our role as a trustee, and supplements our existing policy for documents in the *Cobell* case.

Until further notice, please retain **all documents and data,** including duplicates, e-mails, and voice mails, that relate to the following subjects:

- The receipt, investment, and disbursement of trust funds belonging to Indian tribes.
- Procedures for managing Indian tribal trust funds, including procedures relating to the payment of interest.
- Accounting for Indian tribal trust funds.
- Litigation concerning the government's trust responsibilities towards Indian tribes.
- Treasury's trust responsibilities towards Indian tribes.
- Management of Indian tribal assets, such as land, timber, oil, and mineral rights.
- Document retention policies and practices pertaining to the subjects above.

Where possible and consistent with your normal business practices, please segregate the material you are retaining from other documents and data. This will help us to identify information pertaining to the litigation, as well as documents that can be safely destroyed at the end of the normal retention cycle.

To assist you in this effort, we have set up dedicated mailboxes for e-mails and voice mails. To retain existing and future e-mails, you should forward them to this address: **Tribal Mail**. If the e-mails pertain to a particular tribe, please put the tribe's name in the subject heading. To retain voice messages, please use the following procedure:

(1) Press 1 at the end of the message.

(2) Press 2 to forward the message with comments.

(3) Add your comments to the recording by saying the information in the message's header (e.g., the time and date of the message and the duration of the message). The voice mail system provides this information before each recorded message. If the message relates to a particular tribe, please mention that as well. Then press #.

(4) Enter extension 2000, then press #.

(5) Press # twice. When the message has been forwarded, you may delete it from your personal voice mailbox.

You may find it helpful to put this procedure by your phone. You may also wish to inform your colleagues that, because of the additional complications in retaining voice mail, you prefer to receive messages on Indian tribal matters by e-mail.

Please interpret your obligations under this policy broadly. If you need clarification or assistance, please contact BPD's Chief Counsel, Brian Ferrell (x3715), or Paul Wolfteich (x3715) or Brian Self (x3670) of his staff. Thank you for your continued cooperation and assistance with this policy.

# Cobell et al. v. Norton et al. (Individual Indian Monies Litigation)

Please make sure that you are familiar with the following memoranda regarding document retention. In addition, we have posted documents regarding document searches and other documents relating to the **Cobell** litigation online.

## Document Retention

- February 23, 2007. Fleetwood E-mail. Subject: Important Reminder to All Employees
- August 21, 2006. Fleetwood E-mail. Subject: Important Reminder to All Employees
- February 27, 2006. Meister E-Mail. Subject: Important Reminder To All Employees
- August 16, 2005. Meister E-mail. Subject: Important Reminder to All Employees
- February 24, 2005. Meister E-mail. Subject: Important Reminder
- February 8, 2005. Letter from Vicki Thorpe to National Archives and Records Administration. Reminder that BPD remains under court order to preserve records indefinitely.
- August 10, 2004. Meister E-Mail. Subject: Important Reminder
- February 12, 2004. Meister E-Mail. Subject: Important Reminder
- August 19, 2003. Letter from Vicki Thorpe. Subject: Suspending Destruction
- August 13, 2003. Meister E-Mail. Subject: Litigation Reminder
- August 16, 2002. Meister E-Mail. Subject: Keep Up The Good Work!
- January 14, 2002. Zeck Memo. Subject: Retention of Documents and Data Relating to Individual Indial Money (IIM) Accounts
- October 4, 2001. Zeck Memo Regarding Review of Records Being Retained.
- August 30, 2001. Meister E-Mail Regarding Document Retention
- February 26, 2001. Meister E-Mail Regarding Document Retention. Subject: PLEASE TAKE NOTE!
- November 21, 2000. Meister E-Mail Regarding Document Retention (PDF)
- May 22, 2000. Meister E-Mail Regarding IIM E-Mails
- January 13, 2000. Van Zeck Memorandum. Subject: Retention of Documents and Data Relating to Individual Indian Money (IIM) Accounts (PDF)
- September 16, 1999. Van Zeck E-Mail Regarding IIM E-Mails (an update) (PDF)
- September 1, 1999. Zeck Memorandum Regarding Document Retention with Attachments, including August 12, 1999 Order Regarding Treasury Department IIM Records Retention (PDF)
- August 12, 1999. Document Retention Order (PDF)
- July 20, 1999. Zeck Memorandum Regarding Document Retention. Subject: Status of *Cobell* Matter (PDF)
- July 14, 1999. Zeck E-Mail Regarding Document Retention. Subject: All Public Debt Employees Using E-Mail (PDF)
- July 9,1999. Zeck Memorandum. Subject: Care of Documents and Data Relating to *Cobell et al. v. Babbitt and Rubin*, Civ. No. 1:96CV01285 (D.D.C.) (PDF)
- June 22,1999. Zeck Memorandum. Subject: Responsive Documents in *Cobell et al. v. Babbitt and Rubin*, Civ. No. 1:96CV01285 (D.D.C.) (PDF)
- March 29,1999. Letter to FRB New York regarding retention of documents pertaining to the Individual Indian Monies (IIM). (PDF)

- March 19,1999. Zeck Memorandum. Subject: *Cobell et al. v. Babbitt and Rubin*, Civ. No. 1:96CV01285 (D.D.C.) (PDF)

## Document Searches

- January 31, 2001. Department of the Treasury Paragraph 19 Document Production Plan (PDF)
- May 26, 2000. Eccard Letter Regarding Searches Using New AKA Information (PDF)
- December 22, 1999. Zeck Memorandum Regarding Search of General Office Files for Documents Responsive to Paragraph 19 (with Attachments) (PDF)
- November 24, 1999. Department of the Treasury Paragraph 19 Document Production Plan (Word 97)
- November 24, 1999. Department of the Treasury Revised Document Production Protocol (PDF)

## Treasury Quarterly Reports

- Twenty-ninth Quarterly Report, March 1, 2007. (PDF)
- Twenty-eighth Quarterly Report, December 1, 2006. (PDF)
- Twenty-seventh Quarterly Report, September 1, 2006. (PDF)
- Twenty-sixth Quarterly Report, June 1, 2006. (PDF)
- Twenty-fifth Quarterly Report, March 1, 2006. (PDF)
- Twenty-fourth Quarterly Report, December 1, 2005. (PDF)
- Twenty-third Quarterly Report, September 1, 2005. (PDF)
- Twenty-second Quarterly Report, June 1, 2005. (PDF)
- Twenty-first Quarterly Report, March 1, 2005. (PDF)
- Twentieth Quarterly Report, December 1, 2004. (PDF)
- Nineteenth Quarterly Report, September 1, 2004. (PDF)
- Eighteenth Quarterly Report, June 1, 2004. (PDF)
- Seventeenth Quarterly Report, March 1, 2004. (PDF)
- Sixteenth Quarterly Report, December 1, 2003. (PDF)
- Fifteenth Quarterly Report, September 2, 2003. (PDF)
- Fourteenth Quarterly Report, June 2, 2003. (PDF)
- Thirteenth Quarterly Report, February 28, 2003. (PDF)
- Twelfth Quarterly Report, December 2, 2002. (PDF)
- Eleventh Quarterly Report, August 30, 2002. (PDF)
- Tenth Quarterly Report, June 3, 2002. (PDF)
- Ninth Quarterly Report, March 1, 2002. (PDF)
- Eighth Quarterly Report, December 3, 2001. (PDF)
- Seventh Quarterly Report, September 4, 2001. (PDF)
- Sixth Quarterly Report, June 1, 2001. (PDF)
- Fifth Quarterly Report, March 1, 2001. (PDF)
- Fourth Quarterly Report, December 1, 2000. (PDF)
- Third Quarterly Report, September 1, 2000. (PDF)
- Second Quarterly Report, June 1, 2000. (PDF)
- First Quarterly Report, March 1, 2000. (PDF)
- **United States' Status Report to the Special Master - April 27, 1999 to Present (PDF)**

## Other Documents

- April 2004. Current List of Names, AKAs, Birth and Death Information, and IIM Account Numbers for Five Named Plaintiffs and Their Predecessors in Interest (PDF)
- February 27, 2003. Letter from Vicki Thorpe to the National Archives and Records Administration (PDF)
- January 6, 2003. Notice of Filing of the Treasury's Statement Regarding the Courts's September 17, 2002 Opinion and Order in *Cobell, et al. v Norton, et al.* (PDF)
- September 17, 2002. Memorandum Opinion in *Cobell, et al. v Norton, et al.* (PDF)
- September 14, 2001 Special Master Final Report on Hyattsville (PDF)

- July 11, 2001. First Report of the Court Monitor (PDF)
- April 19, 2001. Order (PDF)
- April 17, 2001. Opinion (PDF)
- December 21, 1999. Memorandum Opinion: Findings of Fact and Conclusions of Law by Judge Royce C. Lamberth, with attached Order (PDF)
- December 21, 1999. Memorandum and Order by Judge Royce C. Lamberth (PDF)
- December 6, 1999. Memorandum and Order by Judge Royce C. Lamberth (PDF) filing the Recommendation and Report of the Special Master Regarding the Delayed Disclosure of the Destruction of Uncurrent Check Records Maintained by the Department of the Treasury (PDF)
- August 10, 1999. Memorandum Opinion & Order by Judge Royce C. Lamberth (PDF)
- June 7, 1999. Memorandum Opinion & Order by Judge Royce C. Lamberth (PDF)
- February 24, 1999. Order by Judge Royce C. Lamberth appointing Alan L. Balaran as Special Master (PDF)
- February 22, 1999. Memorandum Opinion and Order by Judge Royce C. Lamberth regarding Contempt (PDF)

**Nancy Fleetwood/BPD**
02/23/2007 03:09 PM

To All - BPD (Business use only!)
cc
bcc
Subject IMPORTANT REMINDER TO ALL EMPLOYEES

I'd like to remind all employees that BPD remains subject to a court order that governs the retention of records relating to the Individual Indian Money (IIM) trust fund and IIM trust assets. To ensure compliance with this court order, you should not destroy any documents or data pertaining to the following subjects without written approval from the Chief Counsel or his designee:

- IIM deposit fund investment records
- IIM accounts and accounts held in trust by the Department of the Interior
- Savings bonds held in trust form of registration by the Department of the Interior
- Correspondence (internal and external) relating to Individual Indian Money
- Electronic communications, such as e-mails and Internet messages, relating to the subjects above, unless those communications have been forwarded to the *Cobell* mailbox.

You should continue to copy or forward all e-mails relating to the IIM trust fund, IIM trust assets, and the *Cobell* litigation to the dedicated IIM Mailbox. To insert the mailbox address on an e-mail, simply type "IIM Mailbox" and press the "Enter" key.

The Federal Reserve Banks have also been instructed not to destroy any fiscal agency records unless they have received specific permission in writing from Treasury authorizing the destruction. Please refer any inquiries from FRB personnel regarding record retention to Jimmy Phillips at (202) 504-3683, fax number (202) 504-3630. Don't attempt to give guidance on record retention matters to any FRB employee.

I appreciate your continued compliance with these instructions and encourage you to occasionally review the pertinent memoranda and e-mails, which are posted on PD Web under the Office of the Chief Counsel's (OCC) website. Just click on the office link "OCC" and then click on "*Cobell v. Kempthorne*," which appears in the "Litigation" section.

Thanks again for the great support you have shown in helping Public Debt comply with a very challenging court order.

Nancy