# In the United States Court of Federal Claims

No. 06-913 L
(Filed: July 5, 2007)

************************************
WINNEBAGO TRIBE OF NEBRASKA, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On June 29, 2007, the parties in the above-captioned case filed the Parties' Joint Motion and Supporting Joint Status Report for Extension of Temporary Stay of Litigation and [Proposed] Order. The parties request that the stay in this case be continued through December 26, 2007, to enable them to continue to pursue their discussions to "formulate and execute an appropriate, amicable, and mutually satisfactory alternative resolution of Plaintiff's issues and claims" in this case, its companion case in the United States District Court for the District of Columbia ("D.D.C."), and the other 102 tribal trust accounting and mismanagement cases pending in this court, the D.D.C., and the federal district courts in Oklahoma.

The court is pleased that the parties are making progress in their discussions. Accordingly, the parties' joint motion is **GRANTED**. The proceedings in this case shall remain **STAYED** through **Wednesday, December 26, 2007**. The parties shall file a joint status report **no later than Wednesday, December 26, 2007**, which shall include: (1) the parties' progress in their discussions; (2) a proposal on how to proceed in this case, if necessary; and (3) if necessary, a proposed schedule of proceedings, including, at minimum, a proposed deadline for defendant's response to plaintiff's complaint. If the parties come to an impasse or otherwise require the court's assistance before December 26, 2007, either party may file a status report to request a status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge