# In the United States Court of Federal Claims

No. 06-913 L
(Filed: November 19, 2007)

| | |
|---|---|
| WINNEBAGO TRIBE OF NEBRASKA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On November 15, 2007, the parties in the above-captioned case electronically filed (1) Parties' Joint Stipulation and [Proposed] Order Regarding Confidentiality of Certain Documents, Data, and other Materials to Be Provided by Defendant to Plaintiff and (2) Parties' Joint Stipulation Regarding Confidentiality of Settlement Discussions and [Proposed] Order. Upon review of these electronic filings, as it is tasked to do, the clerk's office noted that the Rules of the Court of Federal Claims ("RCFC") lack any provision for filing of such documents. Rather than strike the parties' filings from the docket, the court will accept the documents and treat them as motions for approval of the joint stipulations contained therein. The court **GRANTS** both motions, and will issue orders concerning the parties' joint stipulations under separate cover. If, in the future, the parties wish to file documents that are not specifically provided for by the RCFC, they should file the appropriate motion.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge