# In the United States Court of Federal Claims

No. 06-913 L
(Filed: June 24, 2008)

| | |
|---|---|
| WINNEBAGO TRIBE OF NEBRASKA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

On June 23, 2008, plaintiff in the above-captioned case electronically submitted an amendment to the April 30, 2007 joint status report. However, plaintiff did not properly sign the document. Pursuant to Rule 19(a) of RCFC Appendix E, "[f]ilings must include a signature block, in compliance with RCFC 11(a), with the name of the Filing User . . . along with an 's/' typed in the space where the signature would otherwise appear." The court interprets this provision to require the name of the attorney of record to be typed alongside the "s/." The court will allow plaintiff's amendment to the joint status report to be filed by its leave. However, in the future, plaintiff shall ensure that it properly signs its filings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge